GERALD T. McFADDEN (SBN 87446)
Attorney at Law
2366 Front Street
San Diego, CA  92101
(619) 338-0507
E-mail:  gtmfadden@hotmail.com

Attorney for Defendant
RENE MARES-INZUNZA

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HON. LARRY ALAN BURNS)

| | |
|---|---|
| UNITED STATES OF AMERICA,         )<br>                                                       )<br>                       Plaintiff,          )<br>                                                       )<br>       .                                              )<br>                                                       )<br>RENE MARES-INZUNZA,              )<br>                                                       )<br>                       Defendant.      )<br>_____) | Crim. Case No. 08CR0344-LAB<br><br>NOTICE OF MOTION AND MOTION<br>TO DISMISS THE INDICTMENT BASED<br>ON INSUFFICIENT ALLEGATIONS,<br> VAGUENESS AND DUPLICITY<br><br><br>NCD:  April 1, 2008<br>         at 2:00 p.m. |

TO:     KAREN P. HEWITT, UNITED STATES ATTORNEY,
          A. DALE BLANKENSHIP, ASSISTANT UNITED STATES ATTORNEY

PLEASE TAKE NOTICE that on Tuesday, April 1, 2008, at 2:00 p.m., or as soon thereafter as counsel may be heard, the defendant, RENE MARES-INZUNZA, through his appointed counsel, Gerald T. McFadden, will bring the following motion.

**<u>MOTION</u>**

The defendant, RENE MARES-INZUNZA, by and through his appointed counsel, Gerald T. McFadden, and pursuant to the provisions of Rules 7, 8, 12 and 16 of the Federal Rules of Criminal Procedure and the Fifth and Sixth Amendments to the United States' Constitution, hereby moves this Court:  to dismiss the charge of 8 U.S.C. § 1326(b) in the indictment based on insufficient allegations, vagueness and duplicity.

This motion is based upon the instant motion and notice of motion, the attached statement of

1

facts and points and authorities in support of this motion and exhibits, and any and all matters that may come to the Court's attention prior to or at the time of the hearing of this motion.

Respectfully submitted,

Dated: March 11, 2008

s/Gerald T. McFadden
GERALD T. McFADDEN, Attorney for
Defendant RENE MARES-INZUNZA
E-mail: gtmcfadden@hotmail.com

2