1  GERALD T. McFADDEN (SBN 87446)
   Attorney at Law
2  2366 Front Street
   San Diego, CA  92101
3  (619) 338-0507
   E-mail:  gtmfadden@hotmail.com
4

5  Attorney for Defendant
   RENE MARES-INZUNZA
6

7

8              UNITED STATES DISTRICT COURT

9            SOUTHERN DISTRICT OF CALIFORNIA

10              (HON. LARRY ALAN BURNS)

11  UNITED STATES OF AMERICA,          )      Crim. Case No. 08CR0344-LAB
                                       )
12                       Plaintiff,    )      CERTIFICATE OF SERVICE
                                       )
13  .                                  )
                                       )
14  RENE MARES-INZUNZA,                )
                                       )
15                       Defendant.    )      NCD:  April 1, 2008
    _____)            at 2:00 p.m.
16

17  IT IS HEREBY CERTIFIED THAT:

18        I, GERALD T. McFADDEN, am a citizen of the United States and am at least eighteen years
    of age.  My business address is 2366 Front Street, San Diego, California 92101.
19

20        I am not a party to the above-entitled action.  I have caused service of the NOTICE OF
    MOTION AND MOTION TO DISMISS THE INDICTMENT BASED ON INSUFFICIENT
21  ALLEGATIONS, VAGUENESS AND DUPLICITY; STATEMENT OF FACTS AND POINTS
    AND AUTHORITIES IN SUPPORT OF MOTION; and CERTIFICATE OF SERVICE on the
22  following parties by electronically filing the foregoing with the Clerk of the District Court using its
    ECF System, which electronically notifies them.
23

24        1.      Assistant United States Attorney A. DALE BLANKENSHIP

25  I declare under penalty of perjury that the foregoing is true and correct.

26  Executed on March 11, 2008.

27                                     s/Gerald T. McFadden
                                       GERALD T. McFADDEN, Attorney for
28                                     Defendant RENE MARES-INZUNZA
                                       E-mail: gtmcfadden@hotmail.com