1  GERALD T. McFADDEN (SBN 87446)
   Attorney at Law
2  2366 Front Street
   San Diego, CA  92101
3  (619) 338-0507
   E-mail:  gtmfadden@hotmail.com
4

5  Attorney for Defendant
   RENE MARES-INZUNZA
6

7

8              UNITED STATES DISTRICT COURT

9            SOUTHERN DISTRICT OF CALIFORNIA

10              (HON. LARRY ALAN BURNS)

11  UNITED STATES OF AMERICA,        )    Crim. Case No. 08CR0344-LAB
                                     )
12                      Plaintiff,   )    NOTICE OF MOTIONS AND MOTIONS
                                     )    FOR DISCOVERY; TO SUPPRESS
13  .                                )    STATEMENTS, AND FOR LEAVE
                                     )    TO FILE FURTHER PRETRIAL MOTIONS
14  RENE MARES-INZUNZA,              )    AND FURTHER HEARING DATE
                                     )
15                      Defendant.   )    NCD:  April 1, 2008
    _____)          at 2:00 p.m.
16

17  TO:    KAREN P. HEWITT, UNITED STATES ATTORNEY,
           A. DALE BLANKENSHIP, ASSISTANT UNITED STATES ATTORNEY
18

19         PLEASE TAKE NOTICE that on Tuesday, April 1, 2008, at 2:00 p.m., or as soon thereafter

20  as counsel may be heard, the defendant, RENE MARES-INZUNZA, through his appointed counsel,

21  Gerald T. McFadden, will bring the following motions.

22                              **MOTIONS**

23         The defendant, RENE MARES-INZUNZA, by and through his appointed counsel, Gerald T.

24  McFadden, and pursuant to the provisions of Rules 12 and 16 of the Federal Rules of Criminal

25  Procedure and the Fourth, Fifth and Sixth Amendments to the United States' Constitution, hereby

26  moves this Court: for discovery; to suppress statements and, for leave to file further pretrial motions

27  and a further hearing date.

28         These motions are based upon the instant motions and notice of motions, the attached

                                     1

1   statement of facts and points and authorities in support of these motions, and any and all matters that

2   may come to the Court's attention prior to or at the time of the hearing of these motions.

3                                              Respectfully submitted,

4

5   Dated:  March 11, 2008                     s/Gerald T. McFadden
                                               GERALD T. McFADDEN, Attorney for
6                                              Defendant RENE MARES-INZUNZA
                                               E-mail: gtmcfadden@hotmail.com
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28