1 GERALD T. McFADDEN (SBN 87446)
Attorney at Law
2 2366 Front Street
San Diego, CA 92101
3 (619) 338-0507
E-mail: gtmfadden@hotmail.com
4

5 Attorney for Defendant
RENE MARES-INZUNZA
6

7

8 UNITED STATES DISTRICT COURT

9 SOUTHERN DISTRICT OF CALIFORNIA

10 (HON. LARRY ALAN BURNS)

11 UNITED STATES OF AMERICA,           )    Crim. Case No. 08CR0344-LAB
                                      )
12                       Plaintiff,   )    CERTIFICATE OF SERVICE
                                      )
13  .                                 )
                                      )
14 RENE MARES-INZUNZA,                )
                                      )
15                       Defendant.   )    NCD: April 1, 2008
   _____)         at 2:00 p.m.
16

17 IT IS HEREBY CERTIFIED THAT:

18     I, GERALD T. McFADDEN, am a citizen of the United States and am at least eighteen years of age. My business address is 2366 Front Street, San Diego, California 92101.
19

20     I am not a party to the above-entitled action. I have caused service of the NOTICE OF MOTIONS AND MOTIONS FOR DISCOVERY; TO SUPPRESS STATEMENTS, AND FOR
21 LEAVE TO FILE FURTHER PRETRIAL MOTIONS AND FURTHER HEARING DATE; STATEMENT OF FACTS AND POINTS AND AUTHORITIES IN SUPPORT OF MOTIONS; and
22 CERTIFICATE OF SERVICE on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.
23

24     1.    Assistant United States Attorney A. DALE BLANKENSHIP

25 I declare under penalty of perjury that the foregoing is true and correct.

26 Executed on March 11, 2008.

27                                         s/Gerald T. McFadden
                                           GERALD T. McFADDEN, Attorney for
28                                         Defendant RENE MARES-INZUNZA
                                           E-mail: gtmcfadden@hotmail.com