AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

RENE MARES-INZUNZA

WAIVER OF INDICTMENT

CASE NUMBER: 08CR0344-LAB

FILED APR 23 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

I, RENE MARES-INZUNZA, the above named defendant, who is accused of Title 8, U.S.C., Sec. 1324.(a)(2)(B)(ii) - Bringing in Illegal Aliens for Financial Gain (Felony), being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __4/23/08__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
JUDICIAL OFFICER