FILED

APR 23 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No.08CR0344-LAB |
|---|---|---|
| Plaintiff, | ) | **I N F O R M A T I O N** |
| | ) | **(Superseding)** |
| v. | ) | |
| | ) | Title 8, U.S.C., |
| | ) | Sec. 1324(a)(2)(B)(ii) - |
| RENE MARES-INZUNZA | ) | Brining in Illegal Aliens |
| | ) | for Financial Gain |
| Defendant. | ) | |

The United States Attorney charges:

On or about January 20, 2008, within the Southern District of California, defendant RENE MARES-INZUNZA, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Jaime Aquino-Estrada, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii).

DATED: 4/23/08

KAREN P. HEWITT
United States Attorney

_for_ A. DALE BLANKENSHIP
Assistant U.S. Attorney